THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN J. BAUMEISTER, Appellant.

Submitted April 23, 1940; decided May 21, 1940.

*John J. Baumeister*, appellant, in person.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Manuel Robbins* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.